UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-HC-2183-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD LOCKE | ORDER GRANTING MOTION TO<br>STAY CIVIL COMMITMENT HEARING |

For good cause shown, the Court GRANTS Respondent's Motion to Stay the Civil Commitment Hearing. This matter is hereby STAYED. Respondent is directed to file a status report to the Court, no later than September 1, 2020 informing the Court of the status of this matter.

So ordered this __19th__ day of April, 2019.

_____
LOUISE WOOD FLANAGAN
U.S. District Court Judge